**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed January 23, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00008-CV

## IN RE RALPH O. DOUGLAS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12DCV196294**

## MEMORANDUM OPINION

On January 3, 2014, relator Ralph O. Douglas filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel Christina Propes, Director of the Review and Release Processing Section of the Parole Division of the Texas Department of Criminal Justice to produce documents pursuant to a subpoena issued by the Brazoria County District Clerk.

This Court's mandamus jurisdiction is governed by Section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. The Director of the Review and Release Processing Section of the Parole Division of the Texas Department of Criminal Justice is not a district court or county court judge in this Court's district, and relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this Court's appellate jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against the respondent.

Accordingly, relator's petition for writ of mandamus is ordered dismissed for lack of jurisdiction.


PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jamison and Wise.